# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1193
_____

United States of America

*Plaintiff - Appellee*

v.

Cesar Medel-Vargas

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: June 30, 2020
Filed: July 6, 2020
[Unpublished]
_____

Before GRASZ, BEAM, and KOBES, Circuit Judges.
_____

PER CURIAM.

Cesar Medel-Vargas appeals after he pled guilty to illegal reentry, and the district court[1] imposed a sentence at the bottom of the advisory range under the

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

United States Sentencing Guidelines Manual ("Guidelines").  His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing Medel-Vargas's sentence is substantively unreasonable.

Upon careful review, we conclude the district court did not impose a substantively unreasonable sentence.  *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard and discussing substantive reasonableness). In addition, having reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we affirm, and we grant counsel leave to withdraw.

_____